**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Terrell Laron WALKER, Damaire Wallace, Quashaad Rodney James and Maurice Towner Jr., Respondent**

No. 6 MAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Whether the Superior Court erred in quashing the Commonwealth's appeal of the trial court's grant of suppression by overlooking, misapprehending and/or ignoring the record and/or ignoring controlling case law where the facts and circumstances established that the Respondents were not prejudiced by the filing of a single notice of appeal where the trial court entered one suppression order for all four cases and entered identical findings of fact and conclusions of law in each case?